LAW OFFICES OF JULIA SKLAR
JULIA SKLAR (SBN 200948)
14414 Hamlin Street Van Nuys, CA 91401
Telephone: (818) 904-1597
Facsimile : (818) 947-0177
Attorneys for Defendant Vladimir Lukashin

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>VLADIMIR LUKASHIN, OKSANA FAERMAN; GOLDEN AGE HOME CARE, AND ROBERT PARKENS (Individually) And as Principal of Gold Age Home Care),<br><br>Defendants. | CASE NO. 2:19-CV-00662-SVW-JPR<br><br>Hon. Stephen V. Wilson<br><br>**DECLARATION OF JULIA SKLAR IN SUPPORT OF DEFENDANT VLADIMIR LUKASHIN'S EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED PRE-TRIAL DEADLINES, AS BASED ON THE STIPULATION OF PARTES** |

I, JULIA SKLAR, declare:

1. I am an attorney at law licensed to practice before all the courts of the State of California, and have been admitted to this Court. I am the attorney of record for Defendant for Defendant Vladimir Lukashin ("Defendant"). The following is based upon my personal knowledge and beliefs, if called upon as a witness to testify in this matter, I could and would testify competently thereto.

2. This declaration is submitted in support of Defendant Vladimir Lukashin' Ex Parte Application to Continue Trial and Related Pre-Trial Deadlines, as the Application is based on the Stipulation of Parties.

3. This is the first request of Defendant Vladimir Lukashin to continue scheduled events in this matter.

4. Plaintiff Transamerica Life Insurance Company ("Plaintiff") filed this action against Defendants Vladimir Lukashin, an individual, Oksana Faerman, an individual, Golden Age Home Care, and Robert Parkens, individually and as the principal of Gold Age Home Care. Plaintiff alleges that defendants defrauded the insurance company.

5. The complaint includes a claim for fraud and a number of related causes of action. The complaint was filed on January 29, 2019. The only defendant who has not been served in the action and did not answer to the complaint is Oksana Faerman.

6. On April 10, 2019, the parties met and conferred in advance of Court's Initial Status Conference. The Court held the conference on April 10, 2019. At that time, the court set the following dates: Discovery Cut Off Date - August 26, 2019; Dispositive Motion Nearing - August 26, 2019; Pretrial Conference – October 22, 2019; Jury Trial - October 22, 2019. There is a dispute among the parties regarding the question of whether any discovery cut off date was set by the Court at the Initial Status Conference and, in turn, whether the Court extended the period of discovery when it granted Transamerica's August 8, 2019 ex parte continuance application on August 26, 2019 (ECF No. 40).

7. All the parties have timely served their Initial Disclosures. The parties have exchanged with the extensive written discovery. Plaintiff has reported that it intends to take over 10 depositions of the doctors and parties involved in the case. On October 25, 2019, Plaintiff filed a motion to compel information and documents from Defendant Vladimir Lukashin. The motion presently is set for hearing on November 21, 2019.

8. On August 8, 2019, Plaintiff filed the Ex Parte Application to Continue Trial. Plaintiff requested a continuance of the trial from October 22, 2019 to February 19, 2020. Plaintiff reasoned that it will suffer irreparable prejudice if its application is not granted, because it needed more time for the discovery.

DECLARATION OF JULIE SKLAR

9. On August 26, 2019, the Plaintiff's Ex Parte Application was granted. Final Status Conference was reset for January 13, 2020, Trial was reset for January 21, 2020.

10. On October 16, 2019, I filed the Notice of Unavailability, which was entered on October 20, 2019. I advised that I will be unavailable for all purposes concerning the litigation, through and including February 29, 2020.

11. To reiterate, the instant Ex Parte Application is the first request of Defendant Vladimir Lukashin to continue the trial and the scheduled pre-trial events in this matter.

12. Attached hereto as Exhibit 1 is a true a correct copy of the Joint Stipulation to Continue Trial, as one of the grounds for the instant Ex Parte Application of Defendant Vladimir Lukashin. The Stipulation is prepared and signed by all the parties who appeared in the action. Defendant Lukashin seeks by the instant application a relief on the terms set forth in the Joint Stipulation.

13. I sincerely believe that there is a good cause for granting the relief sought by the instant ex parte application. It concerns my family, for which an extraordinary and heavy hearted situation is created. I have to take care for the immediate family members with a serious and acute health conditions. It is my mother and mother in law. The health conditions of my mothers is rapidly deteriorating, and the circumstances of the needed care are such that it creates the non-delegable responsibility for myself.

14. I believe that the requirement for the diligence on behalf of my client is satisfied here. We have complied with all the Court's schedules, the pretrial preparations. I served on behalf of my client the necessary discovery requests and responded to the discovery propounded on him. I have been in contact with the attorneys representing the other parties, and initiated the Joint Stipulation filed herewith.

DECLARATION OF JULIE SKLAR

15. I also believe that Defendant Lukashin will be severely prejudiced if the continuance of trial is refused, as I am his only attorney.

16. I further believe that no other party will suffer a prejudice from a continuance. To reiterate, Plaintiff Transamerica has reported that significant additional discovery is needed. Particularly, Plaintiff intends to take over 10 depositions of the doctors and parties involved in the case. On October 25, 2019, Plaintiff filed a motion to compel information and documents from Defendant Vladimir Lukashin. The motion includes the Joint Stipulation of the parties and the points of nonagreement regarding the motion. The motion presently is set for hearing on November 21, 2019. The Joint Stipulation to Continue Trial, attached hereto as Exhibit 1, includes the stipulation to adjourn the hearing on the motion until March 5, 2020, if allowed by the Court.

17. Mr. Voronin, counsel for Defendants Golden Age Home Care, and Robert Parkens, has also advised that he and his clients will be unavailable April 3, 2020 through April 10, 2020 and April 14, 2020 through April 21, 2020., for pre-planned trips and family matters. He also reported that Robert Parkens will be unavailable April 10, 2020 through May 6, 2020 , and for the entire month of August 2020for pre-planned trips and family matters.

I declare under penalty of perjury under the applicable laws that the foregoing is true and correct.

Executed this 15th day of November 2019, at Los Angeles, California.

_____/s/ *Julia Sklar*_____
JULIA SKLAR, Declarant

DECLARATION OF JULIE SKLAR